IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FADWA FAKHURI INDIVIDUALLY<br>AND AS NEXT FRIEND OF<br>MICHAEL FAKHURI, RAMI FAKHURI<br>AND SABRINA FAKHURI, AND AS<br>REPRESENTATIVE OF THE ESTATE OF<br>ABE FAKHURI<br><br>VS.<br><br>FARMERS NEW WORLD LIFE<br>INSURANCE COMPANY | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:09CV01093<br><br>JURY DEMANDED |

**PLAINTIFF'S DESIGNATION OF EXPERTS**

TO: Defendant, **FARMERS NEW LIFE INSURANCE COMPANY.** by and through its attorney of record, Deana F. Tillotson, Kristin A. McLaurin, Evan J. McCord, Bracewell & Giuliani, LLP, 711 Louisiana, Suite 2300, Houston, Texas 77002.

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and the Court's Scheduling and Docket Control Order in this case dated September 2, 2009, Plaintiff FADWA FAKHURI discloses the following persons that she may use to present evidence at trial.

The following person may be called to testify as an expert witness:

1. Mohammad Samaha, MD, FRCS
Jabal Amman - Third Circle
Al Khaldi Street, Building 49
P.O. Box 3128
Amman, Jordan 11181
011 962 79-464-3311
Dr. Samaha is a neurosurgeon licensed to practice medicine in Amman, Jordan. Dr. Samaha was the treating physician for Mr. Fakhuri. Attached is Dr. Samaha's Medical Report.

2. Custodial of Medical Records
Arab medical Centre
Jabal Amman - Fifth Circle

       Amman, Jordan 11181
       011 962 79-592-1199
       The above is the custodian of records for the hospital where Plaintiff received treatment before his death.

3.    Danny M. Sheena
       The Sheena Law Firm
       1001 Texas Avenue, Suite 240
       Houston, Texas 77002
       (713) 224-6508
       Mr. Sheena is the attorney for Plaintiffs who will testify about the attorney fees incurred by Plaintiffs to prosecute their claims. Mr. Sheena's resume can be found at www.sheenalawfirm.com. Mr. Sheena will testify that he is familiar with attorney fees charged in Harris County, Texas and that the attorney fees charged in this case are reasonable in Harris County, Texas and necessary for the prosecution of Plaintiffs' claims.

Plaintiffs reserve the right to supplement this expert designation as discovery progresses.

Plaintiffs reserve the right to elicit, by way of cross-examination, opinion testimony from experts designated and called by other parties to the suit. Plaintiffs express their intention to possibly call, as witnesses associated with adverse parties, any of the individuals identified by the adverse parties as experts.

Plaintiffs reserve the right to call un-designated rebuttal expert witnesses, whose testimony cannot reasonably be foreseen until the presentation of the evidence against the Plaintiffs.

Plaintiffs reserve the right to withdraw the designation of any expert and to aver positively that any such previously designated expert will not be called as a witness at trial, to re-designate same as a consulting expert, who cannot be called by opposing counsel.

Plaintiffs reserve the right to supplement this designation with additional designations of experts within the time limits imposed by the Court or any alterations of same by subsequent Court Order or agreement of the parties, or pursuant to the Federal Rules of Civil Procedure.

                             Respectfully submitted,

                             **THE SHEENA LAW FIRM**

                             By: _Danny Sheena_ by permission
                             DANNY M. SHEENA, P.E.
                             Federal Bar No. 19110
                             1001 Texas Avenue, Suite 240

Houston, Texas 77002
(713) 224-6508
(713) 225-1560 Facsimile
**ATTORNEY FOR PLAINTIFF**
**FADWA FAKHURI**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was sent via facsimile and/or certified mail, return receipt requested, and/or electronic mail to the below listed counsel of record on this the 1st day of December, 2009.

By: *Danny Sheena*
Danny M. Sheena   *by permission*

Evan J. McCord
Deana F. Tillotson
Kristin A. McLaurin
Bracewell & Giuliani, LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300
(713) 221-1212 Facsimile
**ATTORNEY FOR DEFENDANT**
**Farmers New World Life Insurance Company**

**Dr. Mohammad Samaha**
M.D. FRCS
Consultant Neurosurgeon
Gamma Knife Radiosurgeon
Functional Stereotactic Neurosurgeon



الدكتور محمد سماحة

Page: 1

Date: 29 October, 2008

# Medical Report

Patient Name: Ibrahim Fahed Fakhouri
D.O.B: 1963
File No.: 115406/1 Arabic Medical Centre
Admission Date: 08 / 06 / 2008
Discharge Date: 25 / 06 / 2008

Mr. Fakhouri was a 45 years old gentleman, Living in USA, he was brought to E.R at Arabic Medical Centre on 08 June, 2008 complaining of sudden onset of severe headache, vomiting, diplopia and inability to stand. At the casualty; he lost his consciousness and he went into deep coma. He had a history of hypertension disease, and he wasn't on treatment.

An urgent intubation was performed, and artificial ventilation was started. Then he was taken to the radiological department for urgent Brain CT scan and Brain MRI; both showed a massive intracerebral acute hemorrhage from a deep seated AVM at Lt. occipitoparietal area. His neurological status deteriorated rapidly.

I was called by the Intensive Care Unit doctor at 8.30 PM on the same day, one hour after the admission, informing me about the case and told me that one of his pupils became fixed and dilated. He was given a high dose Mannitol and Lasix till my arrival 30 minutes later.

I examined the patient and reviewed his Brain MRI and Brain CT images, which confirmed the diagnoses of the ruptured Arteriovenous malformation with massive Lt. occipitoparietal hemorrhage and severe mass effect. I was told by the doctor in charge that the other pupil became fixed and dilated, just 5 minutes before my arrival, and all signs of brain death were there, but the definite diagnosis of brain death was questionable. So we discussed the surgical interference with the relatives who were available to try to save his life, and they insisted to go for surgery.

Urgent surgery was performed immediately, evacuation of the hematoma through a big craniotomy opening was performed, and the huge bleeding AVM was resected.

Postoperatively, he didn't show any recovery signs except decerebration response to deep cephalic pain, and we continued to ventilate him artificially without any sedation.

Dr. Mohammad Samaha
M.D. FRCS
[illegible credentials]
[illegible]
[illegible]

الدكتور محمد سماحة

Page 2

Few days later, on 10 June, 2008, all his brain stem reflexes became absent, and all signs of brain death were there. On 15 June, 2008, Brain CT scan was done upon the request of the family, it showed a massive brain tissue necrosis of the left hemisphere causing severe mass effect. We re-operate upon the patient hopping to postoperatively, gain some improvement upon family request and in spite of the absence of all Brain stem reflexes. But he didn't show any recovery and a diagnosis of the brain death was confirmed. He was continued to be ventilated artificially till the family transferred him to King Hussein Medical Centre on 25 June, 2008 for financial reasons, and the hospital fees were not paid.

Mohammad Samaha
M.D. FRCS
Consultant Neurosurgeon

FAKHURI 00066