IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FADWA FAKHURI INDIVIDUALLY, § <br> AND AS NEXT FRIEND OF § <br> MICHAEL FAKHURI, RAMI FAKHURI § <br> AND SABRINA FAKHURI, AND AS § <br> REPRESENTATIVE OF THE ESTATE § <br> OF ABE FAKHURI § <br> Plaintiff, § <br> § <br> V. § <br> § <br> FARMERS NEW WORLD LIFE § <br> INSURANCE COMPANY § | CIVIL ACTION NO. 4:09-cv-01093 <br><br><br> JURY DEMANDED |

## ORDER GRANTING PLAINTIFFS' LEAVE TO AMEND COMPLAINT

IT IS ORDERED that Plaintiff, **FADWA FAKHURI** individually and as next friend of **MICHAEL FAKHURI, RAMI FAKHURI,** and **SABRINA FAKHURI,** and as representative of the estate of **ABE FAKHURI,** is hereby granted leave to amend and file its Plaintiffs' First Amended Complaint.

SIGNED this 22 day of December, 2009.

*Frances H. Stacy*

**FRANCES H. STACY**
**United States Magistrate Judge**